IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROWN, | No. C04-05139 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| THE CALIFORNIA HIGHWAY PATROL ET AL, | |
| Defendants. | |

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant's Motion for Summary Judgment (Doc. No. 45), which is scheduled for hearing on March 14, 2006. Under the Civil Local Rules, the opposition was due three weeks before the hearing date. This hearing is hereby **VACATED**.

Plaintiff is hereby **ORDERED** to show good cause in writing, by **March 15, 2006**, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases. Plaintiff shall file his opposition along with his order to show cause, should Plaintiff choose to oppose the motion. Defendants may file a reply one week after Plaintiff files his opposition.

Failure to respond to this order shall result in the imposition of sanctions, which may include granting the motion.

**IT IS SO ORDERED.**

Dated: March 8, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE